[Crim. No. 580. Second Appellate District.—November 19, 1917.]

In the Matter of the Application of B. BERNSON for a Writ of Habeas Corpus.

HABEAS CORPUS—VOLUNTARY SUBMISSION TO IMPRISONMENT—DISMIS-SAL.—A petition for a writ of *habeas corpus* will be dismissed where the petitioner voluntarily submitted to imprisonment from which he seeks to be discharged for the purpose of presenting in the pro-ceeding the question as to the validity of an order holding him to answer for trial in the superior court.

APPLICATION for a Writ of Habeas Corpus, originally made to the District Court of Appeal for the Second Appellate District.

The facts are stated in the opinion of the court.

H. E. Johnstone, and Emmons & Johnstone, for Petitioner.

J. R. Dorsey, District Attorney, and W. P. Grijalva, Deputy District Attorney, for Respondent.

THE COURT.—It appears to the court that the imprisonment of the petitioner from which he seeks to be discharged was voluntarily submitted to by him for the purpose of presenting in this proceeding the question as to the validity of the order holding him to answer to the superior court for trial, and for that reason the remedy by *habeas corpus* should not be available to him.

Upon the authority of *In re Gow*, 139 Cal. 242, [73 Pac. 145], *Ex parte Schmitz*, 150 Cal. 663, [89 Pac. 438], and *Ex parte Ford*, 160 Cal. 334, [Ann. Cas. 1912D, 1267, 35

L. R. A. (N. S.) 882, 116 Pac. 757], it is ordered that the proceeding be and it is hereby dismissed, and petitioner is remanded to the custody of the sheriff.